# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Larry Joseph McKithern
Louisiana State Prison DOC # 120352
Camp D Eagle 3
Angola LA 70712

**REHEARING ACTION: May 4, 2016**

**Docket Number: 15   00930-KA**

**STATE OF LOUISIANA**
**VERSUS**
**LARRY JOSEPH MCKITHERN**
**AKA - LARRY MCKITHERN**
**AKA - LARRY J. MCKITHERN**

**Appealed from Calcasieu Parish Case No. 25391**

**<u>BEFORE JUDGES</u>:**

> Hon. Elizabeth A. Pickett
> Hon. Shannon J. Gremillion
> Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry Joseph McKithern** has this day been

> **DENIED**

cc: John Foster DeRosier, Counsel for the Appellee
    Carla Sue Sigler, Counsel for the Appellee
    Karen C. McLellan, Counsel for the Appellee